## Commonwealth *v.* Bishop, Appellant.

Submitted November 8, 1973. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*R. Barclay Surrick,* Assistant Public Defender, for appellant.

*Vram Nedurian, Jr.* and *Philip J. O'Malley,* Assistant District Attorneys, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, March 25, 1974:

In accordance with *Anders v. California,* 386 U.S. 738, 87 S. Ct. 1396 (1967), and *Commonwealth v. Baker,* 429 Pa. 209, 239 A.2d 201 (1968), counsel for the appellant is hereby directed to provide appellant with a copy of his brief and appellant shall be afforded an opportunity to file a supplement thereto. Upon compliance with this order, appellant's present counsel may be permitted to withdraw and appellant shall be granted a reasonable time in which to notify the court that he elects to obtain new counsel to perfect his appeal or that he elects to file an appeal *pro se.*